JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CREANZA<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAYTHEON ELECTRONIC SYSTEMS, RAYTHEON COMPANY, HUGHES NON-BARGAINING RETIREMENT PLAN, RAYTHEON NON-BARGAINING RETIREMENT PLAN AND DOES 1 THROUGH 20, INCLUSIVE<br><br>　　　　　Defendants. | **CASE NO.: SACV09-773 CJC (RNBX)**<br><br>**[PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　July 7, 2009 |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |

For good cause appearing and based upon the Joint Stipulation Regarding Dismissal With Prejudice, the Court Orders that:

    (1)    The above-captioned action shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii); and

    (2)    Each party shall bear its own attorney's fees and costs with respect to the dismissal of the above-captioned action.

**IT IS SO ORDERED.**_____

Dated:    June 2, 2011

_____
HONORABLE CORMAC J. CARNEY
United States District Judge